

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2025

No. 04-24-00882-CR

Michael Adam **KOZITZKI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR012870
Honorable Frank J. Castro, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on March 5, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2025.

_____
Luz Estrada, Chief Deputy Clerk